**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 11-20954-CMB |
|     Robert A Ong and Donna L Ong | : Chapter 7 |
|         Debtors | : |
| | : |
| U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services | : |
|         Movant | : |
| | : |
|     vs. | : |
| Robert A Ong and Donna L Ong | : |
|         Debtors/Respondents | : |
|     and | : |
| Charles O. Zebley, Jr., Esquire | : |
|         Trustee/Respondent | : |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

TO THE RESPONDENTS:

    You are hereby notified that the above Movant seeks an order affecting your rights or property.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than **01/22/2018** i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

    You should take this to your lawyer at once.

    A hearing will be held on **01/30/2018** at **1:30 PM** before Judge Carlota M. Bohm in Courtroom **B**, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

| | |
|---|---|
| Date of Mailing or other service: 01/03/2018 | /s/Danielle Boyle-Ebersole, Esquire |
| | Danielle Boyle-Ebersole, Esquire |
| | Hladik, Onorato & Federman, LLP |
| | Attorney I.D. # 81747 |
| | 298 Wissahickon Avenue |
| | North Wales, PA 19454 |
| | Phone 215-855-9521/Fax 215-855-9121 |