**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 11-20954-CMB |
|     Robert A Ong and Donna L Ong | : Chapter 7 |
|         Debtors | : |
| | : |
| U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services | : : : : |
|         Movant | : |
| | : |
|         vs. | : |
| Robert A Ong and Donna L Ong | : |
|         Debtors/Respondents | : |
|         and | : |
| Charles O. Zebley, Jr., Esquire | : |
|         Trustee/Respondent | : |

**ORDER**

      AND NOW, this _____ day of _____ 2018, upon the Motion of Movant, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, c/o Rushmore Loan Management Services, for Relief from the Automatic Stay, it is hereby:

      ORDERED AND DECREED that the Motion is granted, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 of the Bankruptcy Code is, modified with respect to the premises, 416 East 1st Avenue, Derry, PA 15627, as more fully set forth in the legal description attached to said mortgage, to allow Movant or its successors, if any, to exercise its rights under its loan documents.

 

                                                            Honorable Carlota M. Bohm
                                                            U.S. Bankruptcy Judge