IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Robert A Ong and Donna L Ong<br>           Debtors | : Bankruptcy No. 11-20954-CMB<br>: Chapter 7<br>: |
| U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services<br>          Movant | :<br>:<br>: Related to Doc. No. 79<br>:<br>: |
| vs.<br>Robert A Ong and Donna L Ong<br>         Debtors/Respondents<br>    and<br>Charles O. Zebley, Jr., Esquire<br>         Trustee/Respondent | :<br>:<br>:<br>: **ENTERED BY DEFAULT**<br>:<br>: |

## ORDER

    AND NOW, this __25th__ day of _____January_____ 2018, upon the Motion of Movant, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, c/o Rushmore Loan Management Services, for Relief from the Automatic Stay, it is hereby:

    ORDERED AND DECREED that the Motion is granted, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 of the Bankruptcy Code is, modified with respect to the premises, 416 East 1st Avenue, Derry, PA 15627, as more fully set forth in the legal description attached to said mortgage, to allow Movant or its successors, if any, to exercise its rights under its loan documents.

                                              Honorable Carlota M. Bohm    **dmr**
                                              U.S. Bankruptcy Judge

FILED
1/25/18 10:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert A Ong
Donna L Ong
    Debtors

Case No. 11-20954-CMB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric        Page 1 of 1        Date Rcvd: Jan 25, 2018
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2018.
db/jdb        Robert A Ong,   Donna L Ong,   416 East First Acvenue,   Derry, PA 15627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2018 at the address(es) listed below:
        Andrew F Gornall   on behalf of Creditor   First Horizon Home Loans a division of First Tennessee Bank National Association agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Charles O. Zebley, Jr.   on behalf of Plaintiff Charles O. Zebley, Jr. COZ@Zeblaw.com, Lori@Zeblaw.com,Janet@Zeblaw.com
        Charles O. Zebley, Jr.   COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com
        Charles O. Zebley, Jr.   on behalf of Trustee Charles O. Zebley, Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com
        Danielle Boyle-Ebersole   on behalf of Creditor   U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services debersole@hoflawgroup.com, bbleming@hoflawgroup.com
        Faith A Mileca   on behalf of Joint Debtor Donna L Ong faithaburns@gmail.com,lawburns1@gmail.com, faithaburns@gmail.com,lawburns1@gmail.com
        Faith A Mileca   on behalf of Debtor Robert A Ong faithaburns@gmail.com,lawburns1@gmail.com, faithaburns@gmail.com,lawburns1@gmail.com
        Frank Kosir, Jr.   on behalf of Attorney   FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSE BANK NATIONAL ASSOCIATION fk@muslaw.com
        Frank Kosir, Jr.   on behalf of Defendant   Mortgage Electronic Registration Systems, Inc. fk@muslaw.com
        Frank Kosir, Jr.   on behalf of Defendant   First Horizon Loans fk@muslaw.com
        Gary J. Gaertner   on behalf of Defendant   First Horizon Loans pawb@fedphe.com, james.prostko@phelanhallinan.com;garygaertner@gmail.com
        James Warmbrodt   on behalf of Creditor   First Horizon Home Loans a division of First Tennessee Bank National Association bkgroup@kmllawgroup.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
                                                                                                            TOTAL: 13