SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:  1.  *Intake Clerk* *

2.  *Case Administrator*



FROM:  *Financial Administrator*

DATE: **9/13/2019**

CASE NAME: **Ong**

CASE NUMBER: **11-20954-CMB**

---

Check Number **10113** in the amount of $ **9,728.62** was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: **16220**     Intake Clerk's Initials **MF**

---

*  AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No.: 11-20954 CMB |
| ) | |
| Robert A. Ong and Donna L. Ong, ) | Chapter 7 |
| ) | |
| Debtors. ) | Document No.: 86 |

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

The Chapter 7 Trustee, Charles O. Zebley, Jr., Esquire, files the following Report of Unclaimed Funds pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3011 as follows:

1. After the Court approved the Trustee's proposed distribution of the estate, Trustee distributed the entire balance of estate funds pursuant to the same. The checks set forth below were not cashed.

2. Claim 6 - First Horizon: Check No. 10101 made payable to Southwest Business Forum for $8,517.12 representing payment of its claim (No. 6).

3. Claim 3- Verizon Wireless: Check No. 10108 made payable to Verizon Wireless for $920.69 representing payment of its claim (No. 6).

4. Claim 1I-2 - Springleaf Financial Services: Check No. 10110 made payable to Springleaf Financial Services representing payment of interest on its claim (No. 1I).

5. Claim 3I - Verizon Wireless: Check No. 10111 made payable to Verizon Wireless representing payment of interest on its claim (No. 3I).

6. Trustee tenders to the clerk his check for $9,728.62 representing the sum of the above unclaimed funds.

ZEBLEY MEHALOV & WHITE, P.C.

Dated: September 12, 2019

BY /s/ Charles O. Zebley, Jr.
Charles O. Zebley, Jr., Trustee
PA I.D. No. 28980
Zebley Mehalov & White, P.C.
P.O. Box 2124
Uniontown, PA 15401
(724) 439-9200
Email: COZ@Zeblaw.com