# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In re:                                               §
ONG, ROBERT A                                        §    Case No.  11-20954-CMB
ONG, DONNA L                                         §
    Debtors                      §    Chapter 7
                                                     §
                                                          Document No.

Charles O. Zebley, Jr., Trustee,
    Movant

      v.

No Respondent.

---

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

       Charles O. Zebley, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

       1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

       2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $79,819.00<br>*(without deducting any secured claims)* | Assets Exempt:  $9,819.00 |
| Total Distribution to Claimants: $12,081.36 | Claims Discharged<br>Without Payment: $20,584.00 |
| Total Expenses of Administration: $20,884.80 | |

       3)  Total gross receipts of $    32,966.16    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $         0.00    (see **Exhibit 2** ), yielded net receipts of  $32,966.16 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $99,475.79 | $103,428.01 | $8,517.12 | $8,517.12 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 20,884.80 | 20,884.80 | 20,884.80 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 34,515.20 | 13,203.89 | 3,564.24 | 3,564.24 |
| **TOTAL DISBURSEMENTS** | $133,990.99 | $137,516.70 | $32,966.16 | $32,966.16 |

4)  This case was originally filed under Chapter 7 on February 23, 2011. The case was pending for 103 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/15/2019            By:  /s/Charles O. Zebley, Jr.
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PREFERENTIAL TRANSFER | 1241-000 | 2,966.16 |
| SETTLEMENT PROCEEDS | 1110-000 | 30,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$32,966.16** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Clerk, U.S. Bankruptcy Court - FIRST HORIZON | 4110-001 | 99,475.79 | 103,428.01 | 8,517.12 | 8,517.12 |
| **TOTAL SECURED CLAIMS** | | | **$99,475.79** | **$103,428.01** | **$8,517.12** | **$8,517.12** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Charles O. Zebley, Jr. | 2100-000 | N/A | 4,046.62 | 4,046.62 | 4,046.62 |
| Trustee Expenses - Charles O. Zebley, Jr. | 2200-000 | N/A | 46.57 | 46.57 | 46.57 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk, | 2700-000 | N/A | 676.00 | 676.00 | 676.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Charles O. Zebley, Jr., Esquire | 3120-000 | N/A | 252.46 | 252.46 | 252.46 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee Fees (Trustee Firm) - 3110-000 | | N/A | 15,300.00 | 15,300.00 | 15,300.00 |
| Charles O. Zebley, Jr., Esquire | | | | | |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.37 | 13.37 | 13.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 49.78 | 49.78 | 49.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $20,884.80 | $20,884.80 | $20,884.80 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | None | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | SPRINGLEAF FINANCIAL SERVICES | 7100-000 | 2,185.74 | 1,750.84 | 1,750.84 | 1,750.84 |
| 1I-2 | Clerk, U.S. Bankruptcy Court - SPRINGLEAF FINANCIAL | 7990-001 | N/A | 190.59 | 190.59 | 190.59 |
| 2 | CHASE BANK USA, N.A. | 7100-000 | 825.00 | 862.71 | 0.00 | 0.00 |
| 3 | Clerk, U.S. Bankruptcy Court - VERIZON WIRELESS | 7100-001 | 920.00 | 920.69 | 920.69 | 920.69 |
| 3I | Clerk, U.S. Bankruptcy Court - VERIZON WIRELESS | 7990-001 | N/A | 100.22 | 100.22 | 100.22 |
| 4 | MIDLAND FUNDING LLC | 7100-000 | 460.00 | 542.81 | 542.81 | 542.81 |
| 4I | MIDLAND FUNDING LLC | 7990-000 | N/A | 59.09 | 59.09 | 59.09 |
| 5 | CITIFINANCIAL, INC | 7200-000 | 9,540.46 | 8,776.94 | 0.00 | 0.00 |
| NOTFILED | Collection Service Center | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Dell Preferred Account Payment PRocessing Center | 7100-000 | 1,421.00 | N/A | N/A | 0.00 |

| NOTFILED | Fashion Bug/WFNNB Bankruptcy Department | 7100-000 | 1,007.00 | N/A | N/A | 0.00 |
| NOTFILED | Seventh Ave | 7100-000 | 1,279.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC | 7100-000 | 8,076.00 | N/A | N/A | 0.00 |
| NOTFILED | Cardmemeber Services | 7100-000 | 826.00 | N/A | N/A | 0.00 |
| NOTFILED | Fingerhut Credit Account Services | 7100-000 | 246.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial/55 | 7100-000 | 42.00 | N/A | N/A | 0.00 |
| NOTFILED | WFNB/Fashion Bug | 7100-000 | 1,007.00 | N/A | N/A | 0.00 |
| NOTFILED | Teamsters Privilege Credit Card | 7100-000 | 1,805.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Financial Cards | 7100-000 | 3,927.00 | N/A | N/A | 0.00 |
| NOTFILED | Action Card/Bankfirst | 7100-000 | 748.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $34,515.20 | $13,203.89 | $3,564.24 | $3,564.24 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 11-20954-CMB | Trustee: (580740) Charles O. Zebley, Jr. |
| Case Name: ONG, ROBERT A | Filed (f) or Converted (c): 02/23/11 (f) |
| ONG, DONNA L | §341(a) Meeting Date: 04/08/11 |
| Period Ending: 10/15/19 | Claims Bar Date: 08/15/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 416 E 1ST AVE | 70,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | CASH ON HAND | 80.00 | 0.00 | | 0.00 | FA |
| 3 | PNC BANK | 16.00 | 0.00 | | 0.00 | FA |
| 4 | S&T BANK | 13.00 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 0.00 | | 0.00 | FA |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS | 500.00 | 0.00 | | 0.00 | FA |
| 7 | WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 8 | WATCH | 50.00 | 0.00 | | 0.00 | FA |
| 9 | FISHING SUPPLIES | 250.00 | 0.00 | | 0.00 | FA |
| 10 | MET LIFE (2) TERM POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 11 | PENSION THROUGH WELLS FARGO | Unknown | 0.00 | | 0.00 | FA |
| 12 | ANTICIPATED TAX REFUND | 1,100.00 | 0.00 | | 0.00 | FA |
| 13 | 2002 SUZUKI GRAND VETURA | 5,210.00 | 0.00 | | 0.00 | FA |
| 14 | PREFERENTIAL TRANSFER  (u)<br>Unscheduled preferential transfer to First Horizon<br>Judgment entered in adversary 11-2267 (Doc. No. 27) | 0.00 | 2,966.16 | | 2,966.16 | FA |
| 15 | SETTLEMENT PROCEEDS<br>Regarding real estate located at 416 1st Avenue.<br>Per 1/23/15 Order (Doc. No. 53) | 0.00 | 30,000.00 | | 30,000.00 | FA |
| 15 | **Assets**  **Totals** (Excluding unknown values) | **$79,819.00** | **$32,966.16** | | **$32,966.16** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR filed April 27, 2015. Several checks were not cashed by creditors.  Trustee will see if he can find a better addresses for the uncashed checks.  If not, based on the information on hand he will either petition to redistribute the funds of pay the money into court.

TFR filed April 27, 2015. Several checks were not cashed by creditors.  Trustee will see if he can find a better addresses for the uncashed checks.  If not, based on the information on hand he will either petition to redistribute the funds of pay the money into court.

Trustee's Notice of Assets & Request for Notice to Creditors Filed by Charles O. Zebley Jr. 5/12/11; Application to Employ Charles O. Zebley, Jr. and Zebley Mehalov & White, P.C. as Attorney for Trustee Filed by Trustee 5/12/11; Notice Setting Last Day To File Proofs of Claim Proofs of Claims due by 8/15/2011 filed 5/13/11; Order Granting Application to Employ Charles O. Zebley, Jr. as Counsel for the Trustee (Related Doc # [12]) Signed on 5/13/2011; Objection to Debtor's Claim of Exemptions Filed by Trustee 5/18/11; Adversary case 11-02266. Complaint To Avoid Unrecorded Mortgage On Real Property by Charles O. Zebley Jr. against First Horizon Loans,

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-20954-CMB | **Trustee:** (580740) Charles O. Zebley, Jr. |
| **Case Name:** ONG, ROBERT A | **Filed (f) or Converted (c):** 02/23/11 (f) |
| ONG, DONNA L | **§341(a) Meeting Date:** 04/08/11 |
| **Period Ending:** 10/15/19 | **Claims Bar Date:** 08/15/11 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Mortgage Electronic Registration Systems, Inc. filed 5/18/11; The undersigned trustee hereby requests postponement of the fee required for filing Complaint to Avoid Unrecorded Mortgage on Real Property. The fee will be paid at a later date, if there are assets available in the debtor's estate. Filed by Charles O. Zebley Jr 5/18/11; Adversary case 11-02267. Complaint To Avoid Preferential Transfer by Charles O. Zebley Jr. against First Horizon Loans, Mortgage Electronic Registration Systems, Inc. filed 5/18/11; The undersigned trustee hereby requests postponement of the fee required for filing Complaint to Avoid Preferential Transfer. The fee will be paid at a later date, if there are assets available in the debtor's estate. Filed by Charles O. Zebley Jr. 5/18/11; Order Setting Hearing on (RE: related document(s): [17] Objection to Debtor's Claim of Exemptions filed by Charles O. Zebley). Hearing scheduled for 6/14/2011 at 10:00 AM at p02 Courtroom B, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 6/6/2011 filed 5/19/11; Order Granting Objection to Debtor's Claim of Exemptions (Related Doc # [17]) Signed on 6/9/2011; Disposition of Adversary Judgment For Plaintiff filed 1/23/12; Hearing Held on 3/20/12 (RE: related document(s): [33] Objection to Claim filed by Trustee Charles O. Zebley). Matter taken under advisement; Motion to Abandon Debtors' Real Estate. Receipt Number NFR, Fee Amount $ 176. Filed by Trustee; Hearing on Trustee's Motion to Abandon Debtors' Real Estate Filed by Trustee Charles O. Zebley Jr. (RE: related document(s): [45] Motion to Abandon filed by Trustee Charles O. Zebley). Hearing scheduled for 2/10/2015 at 01:30 PM at p02 Courtroom B, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 1/15/2015; The undersigned trustee hereby requests postponement of the fee required for filing Trustee's Motion to Abandon Debtors' Real Estate. The fee will be paid at a later date, if there are assets available in the debtor's estate; Objection to Claim of Chase Bank USA, N.A. at claim number 2; Hearing on Objection to Proof of Claim 2 Filed by Trustee Charles O. Zebley Jr. (RE: related document(s): [48] Objection to Claim filed by Trustee Charles O. Zebley). Hearing scheduled for 3/10/2015 at 01:30 PM at p02 Courtroom B, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 2/19/2015; Objection to Claim of CitiFinancial, Inc. at claim number 5; Hearing on Objection to Proof of Claim 5 Filed by Trustee Charles O. Zebley Jr. (RE: related document(s): [50] Objection to Claim filed by Trustee Charles O. Zebley). Hearing scheduled for 3/10/2015 at 01:30 PM at p02 Courtroom B, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 2/19/2015; Default Order Granting Motion To Abandon (Related Doc # [45]) Signed on 1/23/2015; Default Order Granting Objection to Claim (Related Doc # [48]) Signed on 2/27/2015; Default Order Granting Objection to Claim (Related Doc # [50]) Signed on 2/27/2015; Request for Clerk's Certificate of Costs Filed; Clerk's Certificate of Costs Issued. Amount Due: $ 676.00; Chapter 7 Trustee's Final Report, Application for Compensation and Application(s) for Compensation of Professionals filed on behalf of Charles O. Zebley Jr.. The United States Trustee has reviewed and has no objection to (i) the Trustees Final Report and Account on the Administration of the Estate and Final Application for Compensation and (ii) the Trustees Proposed Distribution of Property of the Estate, all of which documents have been filed in the above referenced case. Filed by U.S. Trustee; Application for Compensation for Charles O. Zebley Jr., Trustee Chapter 7, Period: 2/24/2011 to 4/27/2015, Fee: $4,046.62, Expenses: $46.57. Filed by Trustee; Application for Compensation for Charles O. Zebley Jr., Trustee's Attorney, Period: 5/13/2011 to 7/7/2015, Fee: $15,300.00, Expenses: $252.46. Filed; Notice of Trustee's Final Report and Application for Compensation Dated 7/7/2015. Filed by Charles O. Zebley Jr. Hearing scheduled for 8/25/2015 at 01:30 PM at p02 Courtroom B, 54th Floor, U.S. Steel Tower, Pittsburgh. Objections due by 7/27/2015; Default Order Approving Final Report & Account and Distribution Signed on 7/30/2015; Default Order Granting Application For Compensation (Related Doc # [64]) Granting for Charles O. Zebley, fees awarded: $4,046.62, expenses awarded: $46.57 Signed on 7/30/2015; Default Order Granting Application For Compensation (Related Doc # [65]) Granting for Charles O. Zebley, fees awarded: $15,300.00, expenses awarded: $252.46 Signed on 7/30/2015; Receipt of Costs Payment. Receipt Number 10078, Fee Amount $ 676.00; Report of Unclaimed Funds Filed by Trustee; Receipt of Funds Received for Deposit into Registry Account. Receipt Number 16220, Fee Amount $9728.62. Unclaimed funds;

**Initial Projected Date Of Final Report (TFR):**     December 31, 2013     **Current Projected Date Of Final Report (TFR):**     April 27, 2015 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 11-20954-CMB | |
| **Case Name:** | ONG, ROBERT A | |
| | ONG, DONNA L | |
| **Taxpayer ID #:** | **-***3628 | |
| **Period Ending:** | 10/15/19 | |

| | |
|---|---|
| **Trustee:** | Charles O. Zebley, Jr. (580740) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | ****-******56-66 - Checking Account |
| **Blanket Bond:** | $11,311,777.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/13/12 | {14} | Fidelity National Title Ins. Co. | Unscheduled preference - court order dated<br>1/24/12; Adv. No. 11-2267 (Doc. No. 27) | 1241-000 | 2,966.16 | | 2,966.16 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,941.16 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,916.16 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,891.16 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,866.16 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,841.16 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,816.16 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,791.16 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,766.16 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,741.16 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,716.16 |
| 01/17/13 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001058074088<br>20130117 | 9999-000 | | 2,716.16 | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 2,966.16 | 2,966.16 | $0.00 |
| Less: Bank Transfers | 0.00 | 2,716.16 | |
| **Subtotal** | 2,966.16 | 250.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,966.16** | **$250.00** | |

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

**Case Number:** 11-20954-CMB
**Case Name:** ONG, ROBERT A
ONG, DONNA L
**Taxpayer ID #:** **-***3628
**Period Ending:** 10/15/19

**Trustee:** Charles O. Zebley, Jr. (580740)
**Bank Name:** Rabobank, N.A.
**Account:** ******1666 - Checking Account
**Blanket Bond:** $11,311,777.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 2,716.16 | | 2,716.16 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,706.16 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,696.16 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,686.16 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,676.16 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,666.16 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,656.16 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,646.16 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,636.16 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,626.16 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,616.16 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,606.16 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,596.16 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,586.16 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,576.16 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,566.16 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,556.16 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,546.16 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,536.16 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,526.16 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,516.16 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,506.16 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,496.16 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,486.16 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,476.16 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,466.16 |
| 02/19/15 | {15} | Fidelity National Title Ins. Co. | Proceeds of estate's interest in real estate per 1/23/15 Order (Doc. No. 53) | 1110-000 | 30,000.00 | | 32,466.16 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.37 | 32,452.79 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.78 | 32,403.01 |
| 08/24/15 | 10101 | FIRST HORIZON | Claim No. 6; Your Account/Ref # ;  Dividend paid on the Claim Amount Allowed Voided on 12/30/15 | 4110-000 | | 8,517.12 | 23,885.89 |
| 08/24/15 | 10102 | Charles O. Zebley, Jr. | Dividend paid 100.00% on $4,046.62, Trustee Compensation;  Reference: | 2100-000 | | 4,046.62 | 19,839.27 |
| 08/24/15 | 10103 | Charles O. Zebley, Jr. | Dividend paid 100.00% on $46.57, Trustee | 2200-000 | | 46.57 | 19,792.70 |

| | | | Subtotals : | | $32,716.16 | $12,923.46 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-20954-CMB | **Trustee:** Charles O. Zebley, Jr. (580740) |
| **Case Name:** ONG, ROBERT A | **Bank Name:** Rabobank, N.A. |
| ONG, DONNA L | **Account:** ******1666 - Checking Account |
| **Taxpayer ID #:** **-***3628 | **Blanket Bond:** $11,311,777.00  (per case limit) |
| **Period Ending:** 10/15/19 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Expenses;  Reference: | | | | |
| 08/24/15 | 10104 | Clerk, U.S. Bankruptcy Court | Dividend paid 100.00% on $676.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 676.00 | 19,116.70 |
| 08/24/15 | 10105 | Charles O. Zebley, Jr., Esquire | Dividend paid 100.00% on $252.46, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 252.46 | 18,864.24 |
| 08/24/15 | 10106 | Charles O. Zebley, Jr., Esquire | Dividend paid 100.00% on $15,300.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 15,300.00 | 3,564.24 |
| 08/24/15 | 10107 | SPRINGLEAF FINANCIAL SERVICES | Claim No. 1 -2; Your Account/Ref # ;  Dividend paid on the Claim Amount Allowed | 7100-000 | | 1,750.84 | 1,813.40 |
| 08/24/15 | 10108 | VERIZON WIRELESS | Claim No. 3; Your Account/Ref # ;  Dividend paid on the Claim Amount Allowed<br>Voided on 12/30/15 | 7100-000 | | 920.69 | 892.71 |
| 08/24/15 | 10109 | MIDLAND FUNDING LLC | Claim No. 4; Your Account/Ref # ;  Dividend paid on the Claim Amount Allowed | 7100-000 | | 542.81 | 349.90 |
| 08/24/15 | 10110 | SPRINGLEAF FINANCIAL SERVICES | Claim No. 1I-2; Your Account/Ref # ;  Dividend paid on the Claim Amount Allowed<br>Voided on 12/30/15 | 7990-000 | | 190.59 | 159.31 |
| 08/24/15 | 10111 | VERIZON WIRELESS | Claim No. 3I; Your Account/Ref # ;  Dividend paid on the Claim Amount Allowed<br>Voided on 12/30/15 | 7990-000 | | 100.22 | 59.09 |
| 08/24/15 | 10112 | MIDLAND FUNDING LLC | Claim No. 4I; Your Account/Ref # ;  Dividend paid on the Claim Amount Allowed | 7990-000 | | 59.09 | 0.00 |
| 12/30/15 | 10101 | FIRST HORIZON | Claim No. 6; Your Account/Ref # ;  Dividend paid on the Claim Amount Allowed<br>Voided on: check issued on 08/24/15 | 4110-000 | | -8,517.12 | 8,517.12 |
| 12/30/15 | 10108 | VERIZON WIRELESS | Claim No. 3; Your Account/Ref # ;  Dividend paid on the Claim Amount Allowed<br>Voided on: check issued on 08/24/15 | 7100-000 | | -920.69 | 9,437.81 |
| 12/30/15 | 10110 | SPRINGLEAF FINANCIAL SERVICES | Claim No. 1I-2; Your Account/Ref # ;  Dividend paid on the Claim Amount Allowed<br>Voided on: check issued on 08/24/15 | 7990-000 | | -190.59 | 9,628.40 |
| 12/30/15 | 10111 | VERIZON WIRELESS | Claim No. 3I; Your Account/Ref # ;  Dividend paid on the Claim Amount Allowed<br>Voided on: check issued on 08/24/15 | 7990-000 | | -100.22 | 9,728.62 |
| 09/12/19 | 10113 | Clerk, U.S. Bankruptcy Court | Unclaimed Funds | | | 9,728.62 | 0.00 |
| | | | | 8,517.12 | 4110-001 | | 0.00 |
| | | | Subtotals : | | $0.00 | $19,792.70 | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 11-20954-CMB | | Trustee: | Charles O. Zebley, Jr. (580740) |
|---|---|---|---|---|
| Case Name: | ONG, ROBERT A | | Bank Name: | Rabobank, N.A. |
| | ONG, DONNA L | | Account: | ******1666 - Checking Account |
| Taxpayer ID #: | **-***3628 | | Blanket Bond: | $11,311,777.00  (per case limit) |
| Period Ending: | 10/15/19 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 920.69 | 7100-001 | | | 0.00 |
| | | | 190.59 | 7990-001 | | | 0.00 |
| | | | 100.22 | 7990-001 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 32,716.16 | 32,716.16 | $0.00 |
| | | | Less: Bank Transfers | | 2,716.16 | 0.00 | |
| | | | Subtotal | | 30,000.00 | 32,716.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $30,000.00 | $32,716.16 | |

| | |
|---|---|
| Net Receipts : | 32,966.16 |
| Net Estate : | $32,966.16 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******56-66 | 2,966.16 | 250.00 | 0.00 |
| Checking # ******1666 | 30,000.00 | 32,716.16 | 0.00 |
| | $32,966.16 | $32,966.16 | $0.00 |

{} Asset reference(s)

Printed: 10/15/2019 10:26 AM    V.14.57